```
FILED
JUL - 7 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK ASSIST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY and ACE PARKING MANAGEMENT, INC.,<br><br>Defendant. | Case No.: 3:18-cv-02068-BEN-DEB<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL** |

The request for substitution of counsel (Docket No. 83) is **GRANTED**. Tod M. Melgar of Phillips Nizer LLC is substituted as Plaintiff's counsel in place of Sills Cummis & Gross P.C., Scott D. Stimpson and Steven Z. Luksenberg. The clerk is directed to make this change in the docket.

**IT IS SO ORDERED**.

Dated: July 6, 2020

Hon. Roger T. Benitez
United States District Judge