UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK ASSIST, LLC, | Case No.: 3:18-CV-02068-BEN-DEB |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SERVE AMENDED INFRINGEMENT CONTENTIONS** |
| v. | |
| SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY; ACE PARKING MANAGEMENT, INC., | **DKT. NO. 90** |
| Defendants. | |

With good cause appearing, Plaintiff Park Assist, LLC's ("Plaintiff") and Defendants San Diego County Regional Airport Authority and Ace Parking Management, Inc.'s ("Defendants") joint motion to extend time to serve amended infringement contentions is GRANTED. Plaintiff's Amended Infringement

/ /

/ /

/ /

/ /

1  Contentions must be served by **September 22, 2020**. No further continuances will
2  be granted without good cause.
3      **IT IS SO ORDERED.**
4  Dated: September 15, 2020

_____
Daniel E. Butcher
United States Magistrate Judge