# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK ASSIST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY; ACE PARKING MANAGEMENT, INC.,<br><br>Defendants. | Case No.: 18-CV-02068-BEN-DEB<br><br>**ORDER GRANTING PARK ASSIST'S EX PARTE MOTION TO AMEND THE CASE MANAGEMENT ORDER**<br><br>**DKT. NO. 139** |

Before the Court is Plaintiff Park Assist, LLC's Ex Parte Motion to Amend the Case Management Order. Dkt. No. 139. Defendant San Diego County Regional Airport Authority opposes the motion. Dkt. No. 141. Upon consideration of the briefs, the Court GRANTS the Motion.

The Court's Case Management Order (Dkt. No. 108) is modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of fact discovery | April 2, 2021 | April 16, 2021 |
| Settlement Conference Statements | March 31, 2021 | No change |
| Settlement Conference | April 7, 2021 | No change |

| | | |
|---|---|---|
| Opening expert reports on issues for which they carry the burden of proof | April 12, 2021 | April 23, 2021 |
| Rebuttal expert reports | May 12, 2021 | May 19, 2021 |
| Close of all discovery | June 2, 2021 | June 4, 2021 |
| Last Day to File Dispositive motions, including Daubert motions | June 21, 2021 | No change |
| Pretrial Disclosures | June 30, 2021 | No change |
| Meet and Confer in Advance of Pretrial Hearing (Local Civil Rule 16.1(f)(4)) | July 1, 2021 | No change |
| Proposed Pretrial Order | July 7, 2021 | No change |
| Final Pretrial Order | July 12, 2021 | No change |
| Final Pretrial Conference | July 19, 2021 | No change |
| Trial | August 2, 2021 | No change |

**IT IS SO ORDERED.**

Dated: March 19, 2021

_____
Honorable Daniel E. Butcher
United States Magistrate Judge